**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MARY WALTER, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 2:16-cv-00523-CRE |
| v. | ) ) | Magistrate Judge Cynthia Reed Eddy |
| BABCOCK LUMBER, INC., a Pennsylvania Corporation, CARL BORNTRAEGER, individually, COURTNEY BORNTRAEGER, individually, and R. JEFFREY KIMBALL, individually, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

      Defendants, through their undersigned counsel, hereby move to dismiss the Complaint filed by Plaintiff Mary Walter, on behalf of herself and all others similarly situated, for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6), as set-forth in Defendant's Memorandum of Law, which is incorporated herein by reference.

Dated:  May 13, 2013           Respectfully submitted,

                                 BUCHANAN INGERSOLL & ROONEY PC

                                 */s/ Peter J. Ennis*
                                 Peter J. Ennis (Pa. I.D. No. 45754)
                                 David J. Strauss (Pa. I.D. 316912)

                                 BUCHANAN INGERSOLL& ROONEY PC
                                 301 Grant Street, 20th Floor
                                 Pittsburgh, PA  15219-1410
                                 Phone:  412-562-8800
                                 Fax:  412-562-1041

                                 *Attorneys for Defendants*